08/24/2018

To:    United States District Court Clerk's Office – EDTX
Jack Broooks Federal Building & Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701-2222

From: Joel Lambright #08293-078
3400 F.M. 350 South
Livingston, TX 77351

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP - 5 2018

BY
DEPUTY_____

Re:    9:18CR13

Dear United States District Court Clerk:

Enclosed you will find a letter from me to District Court Judge Ron Clark concerning my attorney's services. Please ensure that Judge Clark receives my missive.

I appreciate your time and effort in this matter.

Respectfully,

Joel Lambright, Jr.

P.S: If Judge Clark sets a hearing about this matter before September 27, 2018, please send me a letter notifying me of the new date and time.

08/24/2018

To: U.S. District Court Judge Ron Clark – EDTX
Jack Brooks Federal Building & Courthouse
300 Willow Street
Beaumont, TX 77701

From: Joel Lamnbright #08293-078
3400 F.M. 350 South
Livingston, TX 77351

Re: 9:18CR13

Dear Judge Ron Clark:

I am experiencing difficulty forming a defense strategy with my current attorney. My current attorney was assigned to represent me from the Federal Defender's Office because Magistrate Judge Hawthorn appointed that agency to represent me due to indigence. The Federal Defender's Office assigned John D. McElroy to my case.

On June 12, 2018, I was taken into U.S. Marshal custody, and about two days later Mr. McElroy represented me for the first time. We discussed delaying request for a bond until mid-July, and Mr. McElroy told me that he would visit with me further in the next week after he became more acquainted with my case. He did not come to visit me until late in the month of July when he informed me that I had less than one week to decide whether to plead guilty or go to trial if the court did not grant an extension that he had requested. The next day he came to visit me again, and told me that the extension was granted. I asked him what the new timeline looked like, and he only told me that final pre-trial was set for September 27th with jury selection starting on October 1st. Furthermore, we discussed why I thought I am not guilty; but his response can be characterized as apathetic at best on the subject. So, we discussed my case

In additional detail, and he had a lack of knowledge about specific issues concerning it—rather, it seemed like he completely believed the government's side of things. Finally, he gave me a packet—supposedly comprehensive minus video—of discovery material in this late July meeting. At the end of the meeting, I renewed my request for a bond hearing.

As yet, I have not heard back from Mr. McElroy. I have been held now for over two months without a bond hearing. Moreover, I have sent three missives to his office over the month of August; two of those communications were ten pages in length, containing my comments about the discovery material. In every letter I requested a response.

Because of the above behavior, I have lost confidence in the notion that Mr. McElroy will provide a solid defense with vigorous argumentation concerning my interests. Moreover, Mr. McElroy's distinct lack of communication and apathetic attitude run afoul of basic standards of defense strategy formation. Also, no significant defense investigation seems to be occurring because people that I informed him are witnesses to certain information central to defense have not been contacted be Mr. McElroy or anyone from his office.

For these reasons—and perhaps a few more—I request your assistance in retaining new counsel. Furthermore, please do not take my request as an effort to cause unnecessary delay. The purpose and timing of this missive is to clear up a foundational issue before irrevocable damage can happen to my case. I prefer to resolve the case before your court as soon as prudence allows; however, I request the opportunity to put on a defense that truly protects my interests. A person can expect no more from our adversarial system of conflict resolution.

I appreciate your time and consideration in this matter.

Respectfully submitted,

Joel Lambright, Jr.

Joel Lambright #08293-078
3400 F.M. 350 South
Livingston, TX 77351

NORTH HOUSTON TX 773
04 SEP 2018 PM 8 L

CLERK U.S. DISTRICT COURT
RECEIVED
SEP -5 2018
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

United States District Court Clerk's Office-EDTX
Jack Brooks Federal Building & Courthouse
300 Willow Street, Suite 104
Beaumont, TX  77701-2222

//Legal//

77701-221729