**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CASE NUMBER 9:18-CR-00013-RC** |
| **v.** | § | |
| | § | |
| | § | |
| **JOEL RUEBEN LAMBRIGHT, JR.** | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, Joel Rueben Lambright, Jr., is competent. The speedy trial time shall be excluded from August 24, 2018 until the date of this order.

So **ORDERED** and **SIGNED** March 19, 2019.

_Ron Clark_

_____
Ron Clark, Senior District Judge