IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v.  § § § | CASE NO. 9:18-cr-13 (RC/ZJH) |
| JOEL RUEBEN LAMBRIGHT, JR. § § § | |

### ORDER DENYING DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

This case is set for final pretrial on May 13, 2019, and jury selection and trial on June 24, 2019. Defendant Joel Rueben Lambright, Jr. filed an Unopposed Motion for Continuance on April 22, 2019 (Doc #38); and the court, after considering the motion and reviewing the pleadings on file, the court finds that the motion should be **DENIED**.

Defendant Lambright, Jr. first appeared before U.S. Magistrate Judge Keith Giblin on June 13, 2018. Defendant Lambright, Jr. was scheduled for trial on August 2, 2018 (Doc #15). Defendant Lambright, Jr. filed an Unopposed Motion for Continuance on July 12, 2018 (Doc #17), which was granted and trial was rescheduled to October 1, 2018 (Doc #18).

On August 24, 2018 Defendant Lambright, Jr. filed a motion for a psychiatric evaluation (Doc #21), which the court granted on the same day (Doc #22). Then, Defendant Lambright, Jr. filed a second Unopposed Motion for Continuance on September 5, 2018 (Doc #24), which was granted and the case was continued until a final determination was made regarding the competency of the defendant (Doc #26). The court adopted the Report and Recommendations, which recommended that Defendant Lambright, Jr. is competent to stand trial, on March 19, 2019. (Doc

#36).

The present motion presents no good explanation for another continuance.

After considering the history of this case, taking into account the circumstances involved, the court finds that the motion for continuance should be denied. It is, therefore, **ORDERED** that Defendant Joel Rueben Lambright, Jr.'s Unopposed Motion for Continuance (Doc #38) is **DENIED.**

It is further **ORDERED** that Defendant Lambright, Jr.'s plea deadline is extended to **May 3, 2019.**

SIGNED this 24th day of April, 2019.

                                                                                       _____
                                                                                       Zack Hawthorn
                                                                                       United States Magistrate Judge