FILED
M. _5/1_ 20 19
U.S. DISTRICT COURT
By_____
DEPUTY

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:18CR13 |
| | § | Judge Ron Clark |
| JOEL RUEBEN LAMBRIGHT JR. | § | |

## SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 26 U.S.C. § 5861(d)
(Possession of an Unregistered
Destructive Device)

On or about August 14, 2017, in Polk County, Texas, in the Eastern District of Texas, **Joel Rueben Lambright Jr.**, defendant, knowingly received and possessed, and attempted to receive and possess, a firearm, to wit, a destructive device consisting of a black powder substitute known as Pyrodex, a pyrotechnic device with a fuse extending from the top and a metal lid, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

A TRUE BILL

_AF_
GRAND JURY FOREPERSON

Date: _5/1/2019_

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:18CR13<br>Judge Ron Clark |
| JOEL RUEBEN LAMBRIGHT JR. | § | |

## **NOTICE OF PENALTY**

### **Count One**

Violation: 26 U.S.C. § 5861(d) - Possession of an Unregistered Destructive Device

Penalty: Imprisonment of not more than ten (10) years, a fine not to exceed $10,000; and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____          _____5-1-2019_____
TOMMY L. COLEMAN                   Date
Special Assistant United States Attorney