IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 9:18CR13<br>Judge Ron Clark |
| JOEL RUEBEN LAMBRIGHT JR. | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the indictment with a violation of 26 U.S.C. §5861(d), Possession of an Unregistered Destructive Device.

The essential elements which must be proven to establish the violation are:

1. The defendant knowingly received or possessed a firearm;

2. The firearm was a destructive device manufactured through the use of chemicals and a combination of parts intended for use in converting a readily assembled explosive;

3. The firearm was and could readily have been put in operating condition;

4. The firearm was not registered to the defendant in the National Firearms Registration and Transfer Record; and

5. The defendant committed the offense in the EDTX.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY
  /s/ Tommy L. Coleman

_____

Tommy L. Coleman
Special Assistant United States Attorney
Texas Bar: 24034383
415 S. First, Suite 201
Lufkin, Texas 75901
(936) 639-4003
(936) 639-4033 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by electronic delivery to defendant's attorney, John Dale McElroy, on the 24th of May, 2018.

_____
Tommy L. Coleman