UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | NO. 9:18CR13 |
| | § | |
| JOEL RUEBEN LAMBRIGHT JR. | § | JUDGE RON CLARK |

**DEFENDANT'S MOTION TO REOPEN DETENTION HEARING**

TO THE HONORABLE MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS:

COMES NOW Defendant, JOEL RUEBEN LAMBRIGHT JR., by and through his undersigned attorney, and files this Motion to Reopen Detention Hearing pursuant to Rule 46 F.R.C.P., and Title 18 U.S.C. § 3142, and would show this Honorable Court as follows:

**I.**

**PROCEDURAL HISTORY**

The Defendant was indicted by a Federal Grand Jury for the Eastern District of Texas in a one-count Indictment on April 4, 2018.  Count 1 of the indictment charged Defendant with a violation of Title 26 U.S.C. § 5861(d), possession of an unregistered destructive device.

On June 15, 2018, the Defendant appeared before the Honorable Magistrate Judge Keith Giblin for an arraignment and detention hearing in connection with this charge. After the hearing, the Defendant was remanded into the custody of the United States Marshals Office pending trial.

On February 27, 2019, the Defendant appeared before the Honorable Magistrate Judge Zack Hawthorn for his competency hearing regarding his psychological evaluation. On March 19, 2019 the Order Adopting was filed on the Defendant's competency to stand trial.

The Defendant's plea hearing is set for June 3, 2019, before the Honorable Magistrate Judge Keith Gbiln.

## II.

## **GROUNDS FOR MOTION**

Defendant respectfully requests a detention hearing.  The Defendant does not have a third party custodian.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Honorable Court re-open the Detention Hearing and determine whether the Defendant should be released pending sentencing in his case.

Respectfully Submitted,

/s/ John D. McElroy
JOHN D. MCELROY
Assistant Federal Defender
Federal Defender's Office
350 Magnolia, Suite 117
Beaumont, TX  77701
409/839-2608
409/839-2610 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to**, Tommy Coleman**, Assistant U.S. Attorney, presently assigned to this case, via electronic filing, on this the 3rd day of June, 2019.

/s/ John D. McElroy
JOHN D. MCELROY

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has conferred with **Tommy Coleman**, Assistant U.S. Attorney, presently assigned to this case, and he is opposed to the instant motion being granted.

/s/ John D. McElroy
JOHN D. MCELROY