UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | NO. 9:18CR13 |
| JOEL RUEBEN LAMBRIGHT JR. | | JUDGE RON CLARK |

## **O R D E R**

CAME ON THIS DAY to be considered Defendant JOEL RUEBEN LAMBRIGHT JR.'S, Motion To Reopen Detention Hearing, and the Court having considered the same it is hereby,

ORDERED, ADJUDGED and DECREED that said motion is GRANTED.